```
___ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

          JAN - 4 2012

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
             Plaintiff,              )
   v.                                )     2:08-CR-064-RLH (GWF)
JYOTHI PANIKKAR,                    )
             Defendant.              )

### ORDER OF FORFEITURE

     This Court found on November 19, 2010, that JYOTHI PANIKKAR, shall pay a criminal forfeiture money judgment of $349,942.85 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JYOTHI PANIKKAR, a criminal forfeiture money judgment in the amount of $349,942.85 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

     DATED this 4 day of January, 2012.

                                 _____
                                 UNITED STATES DISTRICT JUDGE