DANIEL G. BOGDEN
United States Attorney
BRIAN PUGH
SARAH E. GRISWOLD
Assistant United States Attorneys
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-cr-00064-RLH-GWF |
| ) | |
| PLAINTIFF, ) | |
| ) | AMENDED MOTION TO DISMISS |
| VS. ) | SUPERSEDING INDICTMENT |
| ) | RETURNED JUNE 18, 2008, AS TO |
| JYOTHI PANIKKAR, ) | DEFENDANT **JYOTHI PANIKKAR** |
| ) | |
| DEFENDANT. ) | |
| ) | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Brian Pugh, Assistant United States Attorney, moves to dismiss the Superseding Indictment returned June 18, 2008, but only as to defendant Jyothi Panikkar and as a basis therefore states as follows: Defendant was charged by Superseding Information, pled guilty and was sentenced to same.

Respectfully submitted this 24th day of January 2012.

        DANIEL G. BOGDEN
        United States Attorney

        /s/ Brian Pugh
        _____
        BRIAN PUGH
        Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 25, 2012

**Electronic Certificate of Service**

I, the undersigned, hereby certify that on this day an electronic copy of the foregoing **Amended Motion to Dismiss Superseding Indictment Returned June 18, 2008, as to Jyothi Panikkar,** was electronically served on **Peter S. Christiansen**, counsel of record.

DATED: January 24, 2012.

/s/ Pamela J. Mrenak
Pamela J. Mrenak
Legal Assistant